SOLINGER, Respondent, v. FEDER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Bertha Solinger against Louis Feder and others. L. Marshall, of New York City, for appellants. W. B. Solinger, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

McLAUGHLIN, J., dissents.

SOMMERFIELD, Respondent, v. C. J. OSBORNE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Henry Sommerfield against the C. J. Osborne Company. No opinion. Submit copy of the record as per special rule, promulgated herewith.

In re SPORMAN'S WILL. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of the will of Ernst Sporman, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAGNITTA, Respondent, v. SKANEATELES PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Salvatore Stagnitta, an infant, etc., against the Skaneateles Paper Company. No opinion. Judgment and order affirmed, with costs.

STAR FINANCE CO., Appellant, v. ENTRIKEN, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Star Finance Company against Henry J. Entriken. A. Caruthers, of New York City, for appellant. Huber B. Lewis, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAR FINANCE CO., Appellant, v. HICKEY, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Star Finance Company against Patrick J. Hickey. A. Caruthers, of New York City, for appellant. Huber B. Lewis, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1113.

STEINER, Respondent, v. GREAT LAKES CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Frank Steiner against the Great Lakes Construction Company. No opinion. Judgment and order affirmed, with costs.

STERLING, Appellant, v. PEALE, Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Louis V. Sterling against Roscoe S. Peale. No opinion. Judgment and order affirmed, with costs.

STIEBEL et al. v. LISSBERGER. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Samuel J. Stiebel and others against Edmund Lissberger. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

STILWELL, Respondent, v. STILWELL, Appellant. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by Frederick H. Stilwell against Alma B. Stilwell.

PER CURIAM. Interlocutory judgment reversed, and new trial granted, with costs to the appellant to abide the event, on the ground that the evidence does not preponderate, so as to establish the guilt of the defendant.

BURR and CARR, JJ., dissent.

STRAUSS, Appellant, v. SEIFTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by Pauline Strauss against Frederick Seifter and others. No opinion. Motion for reargument denied, with $10 costs. See, also, 148 N. Y. Supp. 1145.

STROUSE et al. v. SCHLOSS. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Clarence A. Strouse and others against Harry B. Schloss. No opinion. Application denied, with $10 costs. Order signed.

STUMP v. BURNS. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by Evelyn A. Stump, as administratrix, against William Burns. C. P. Williamson, of New York City, for plaintiff. J. V. Bouvier, Jr., of New York City, for defendant.

PER CURIAM. Exceptions overruled, motion for new trial denied, with costs, and judgment directed dismissing complaint, with costs. Settle order on notice.

SCOTT and HOTCHKISS, JJ., dissent.

SULLIVAN, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by John Sullivan against the City of Syracuse.

PER CURIAM. Judgment and order affirmed, with costs.

MERRELL, J., dissents upon the grounds, first, that the work in which the plaintiff was engaged was the performance of a governmental function, and not such as to render the defendant liable for the negligence complained of, or to bring the defendant within the provisions of the Labor Law (Consol. Laws, c. 31) ; and, second, that in any event the verdict is against the weight of the evidence.

SULLIVAN, Respondent, v. RUPPERT, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Ac-

tion by James Sullivan, an infant, against Jacob Ruppert. A. P. Fitch, of New York City, for appellant. T. J. O'Neill, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SUSS, Respondent, v. FARLEY, State Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Hyman Suss against William W. Farley, as State Excise Commissioner, etc. No opinion. Motion for reargument (164 App. Div. 161, 149 N. Y. Supp. 661) granted, with leave to appellant to apply to this court for permission to file exceptions nunc pro tunc. See, also, 150 N. Y. Supp. 1114.

SUSS, Respondent, v. FARLEY, State Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Hyman Suss against William W. Farley, as State Excise Commissioner. No opinion. Motion for leave to file exceptions nunc pro tunc (164 App. Div. 161, 149 N. Y. Supp. 661) granted, on condition that the defendant stipulate to waive the costs and disbursements on appeal. See, also, 150 N. Y. Supp. 1114.

SZUMLANSKY, Appellant, v. HUDSON STRUCTURAL STEEL CO., Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Wladyslaw Szumlansky against the Hudson Structural Steel Company. W. C. Low, of New York City, for appellant. F. W. Modey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TANGEMANN, Appellant, v. CITY OF NEW YORK, Respondent. (No. 6448.) (Supreme Court, Appellate Division, First Department. November 27, 1914.) Appeal from Trial Term, New York County. Action by Henry B. Tangemann against the City of New York. From a judgment dismissing the complaint after a trial, plaintiff appeals. Reversed, and new trial ordered. William P. Chapman, Jr., of New York City, for appellant. E. Crosby Kindleberger, of New York City, for respondent.

PER CURIAM. We think there was a question for the jury as to the negligence of the defendant, and as to the freedom of the plaintiff from contributory negligence, and that therefore it was error to dismiss the complaint. It follows that the judgment appealed from should be reversed, and a new trial ordered, with costs to appellant to abide the event.

McLAUGHLIN and DOWLING, JJ., dissent.

TAUB, Respondent, v. SCHLESSEL et al., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Hattie Taub against Yetta Schlessel and others. C. Eno, of New York City, for appellants. A. J. Rifkind, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

TAUBER, Respondent, v. WELSH MACH. WORKS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Joseph Tauber against the Welsh Machine Works, Incorporated. J. F. Murray, of New York City, for appellant. E. Herrmann, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground that the finding that the defendant was negligent was not sustained by the evidence. Settle order on notice.

TENEMENT HOUSE DEPARTMENT v. McDEVITT. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the Tenement House Department against Lucy A. McDevitt. No opinion. Motion granted. Order filed. See, also, 150 N. Y. Supp. 583.

TENEMENT HOUSE DEPARTMENT v. NEUGASS. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the Tenement House Department against Henry Neugass. No opinion. Motion denied, without costs, with leave to renew as stated in order. Order filed.

TENEMENT HOUSE DEPARTMENT OF NEW YORK, Respondent, v. NOS. 200 AND 202 MANHATTAN AVE., Appellant. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by the Tenement House Department of New York against Nos. 200 and 202 Manhattan Avenue. A. Kaplan, of New York City, for appellant. J. P. O'Brien, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THOMAS et al., Respondents, v. THOMSON et al., Appellants. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Charles S. Thomas and others against John Thomson and another. E. Scott, of New York City, for appellants. J. Dunne, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

In re THOMPSON. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) In the matter of the application of Ralph E. Thompson for a writ of mandamus. No opinion. Order unanimously affirmed, with costs, on the authority of People ex rel. Coveney v. Kearny, 44 App. Div. 449, 61 N. Y. Supp. 41, affirmed 161 N. Y. 648, 57 N. E. 1121, and People ex rel. Ambrose v. Tompkins, 208 N. Y. 353, 101 N. E. 865.

THOMPSON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 4, 1914.)